UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21415

NATIONAL ELECTRICAL                         :
CONTRACTORS ASSOCIATION, INC.,   :
                                                           :
       Plaintiff,                                  :
                                                           :
v.                                                        :
                                                           :
KROLL INC. and                                    :
KROLL ASSOCIATES, INC.,               :
                                                           :
       Defendants.                              :

**STIPULATION OF DISMISSAL**

WHEREAS, on May 26, 2009, Plaintiff National Electrical Contractors Association, Inc. ("Plaintiff") filed a Complaint against Kroll Inc. and Kroll Associates, Inc. (collectively "Kroll" or "Defendants") in the above-captioned action (the "Action");

WHEREAS, both parties to the Action have agreed to dismiss the Action in its entirety pursuant to the terms of a settlement agreement (the "Settlement") between the parties;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The Action is to be dismissed with prejudice;
2. The parties will bear their own costs and fees; and

KL3 2743769.1

3. This Court reserves jurisdiction over this Action for purposes of enforcing the Settlement provisions regarding payment and dismissal of the Action.

|  |  |
|---|---|
| *[signature]* | *[signature]* |
| Michael Olin | Andrew G. Tretter |
| Michael S. Olin, P.A. | Quarles & Brady LLP |
| Alfred I. DuPont Building | 1395 Panther Lane |
| 169 E. Flagler Street | Suite 300 |
| Suite 1224 | Naples, Florida 34109 |
| Miami, Florida 33131 | (239) 434-4955 |
| (305) 677-5088 | (239) 213-5455 (fax) |
| (305) 677-5089 (fax) | andrew.tretter@quarles.com |
| molin@olinlawfirm.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* |  |

John F. Stoviak (PA Bar No. 23471)
Candice Toll Aaron (PA Bar No. 3041068)
Jennifer L. Farer (PA Bar No. 206024)
**Saul Ewing LLP**
1500 Market Street
38th Floor
Philadelphia, PA 19102
(215) 972-7777
*Of Counsel*

Barry H. Berke (NY Bar No. 2361541)
Steven S. Sparling (NY Bar No. 2984425)
Arielle Warshall Katz (NY Bar No. 4460119)
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, New York 10036
(212) 715-7660
*Of Counsel*

DATED: October 19, 2009                    DATED: October 20th, 2009

KL3 2743769.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21415

NATIONAL ELECTRICAL              :
CONTRACTORS ASSOCIATION, INC.,   :
                                 :
        Plaintiff,               :
                                 :
    v.                           :
                                 :
KROLL INC. and                   :
KROLL ASSOCIATES, INC.,          :
                                 :
        Defendants.              :

## ORDER OF DISMISSAL

Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED:

(1) The Stipulation of Dismissal is approved;

(2) This case is dismissed with prejudice;

(3) The parties shall bear their own costs and fees; and

(4) The Court reserves jurisdiction over this case for purposes of enforcing the settlement provisions regarding payment and dismissal of this case.

DONE and ORDERED this ___ day of October, 2009.

_____
The Honorable Paul C. Huck

cc:  Michael Olin, Michael S. Olin, P.A.
     John Stoviak, Saul Ewing, LLP
     Candice Aaron, Saul Ewing, LLP
     Jennifer Farer, Saul Ewing, LLP
     Andrew G. Tretter, Quarles & Brady LLP
     Barry H. Berke, Kramer Levin Naftalis & Frankel LLP
     Steven S. Sparling, Kramer Levin Naftalis & Frankel LLP
     Arielle Warshall Katz, Kramer Levin Naftalis & Frankel LLP

KL3 2743769.1